[No. 21473-0-I.   Division One.   October 3, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. HEATH D. JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-03776-4, Patricia H. Aitken, J., entered November 16, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 20668-1-I.   Division One.   October 3, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN McCLUSKY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-00169-0, Joseph A. Thibodeau, J., entered June 10, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 21234-6-I.   Division One.   October 3, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN MINUS JACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-03037-9, Charles V. Johnson, J., entered November 2, 1987. *Dismissed* by unpublished per curiam opinion.